UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CRIMINAL MINUTES -- GENERAL</u>

Case No.   CR 11-01169  DDP                                      Dated: March 6, 2013

===============================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

| <u>John A. Chambers</u> | <u>None Present</u> | <u>Kristen A. Williams</u> |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |
|  |  | Not Present |

===============================================================
U.S.A. vs (Dfts listed below)           Attorneys for Defendants

1)   HEE JUNG MUN                       1)   Andrew Reed Flier
     Not Present                             Not Present

_____
PROCEEDINGS:        MINUTE ORDER (IN CHAMBERS)

At the request of defense counsel, the SENTENCING is hereby continued from March 25, 2013 to December 9, 2013 at 1:30 p.m.

**Counsel are <u>reminded</u> that Federal Rule of Criminal Procedure 32(b)(6)(B) requires the parties to notify the Probation Officer, and each other, of any objections to the Presentence Report within fourteen (14) days of receipt. Alternatively, the Court will permit counsel to file such objections no later than twenty-one (21) days before Sentencing.  The Court construes "objections" to include departure arguments.  Requests for continuances shall be filed no later than twenty-one (21) days before Sentencing.  Strict compliance with the above is <u>mandatory</u> because untimely filings impede the abilities of the Probation Office and of the Court to prepare for Sentencing.  Failure to meet these deadlines is grounds for sanctions.**
**cc:   P. O. &  P. S. A. L. A.**

                                                                  :   N/A
                                           Initials of Deputy Clerk        JAC

CR-11 (09/98)                    **CRIMINAL MINUTES - GENERAL**                    Page 1 of 1