UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.   CR 11-01169  DDP                                    Dated: January 27, 2014

==================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

| John A. Chambers | None Present | Kristen A. Williams |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |
|  |  | Not Present |

==================================================================
U.S.A. vs (Dfts listed below)          Attorneys for Defendants

1)   HEE JUNG MUN                       1)   Andrew Reed Flier
     Not Present                              Not Present

_____

PROCEEDINGS:       MINUTE ORDER (IN CHAMBERS)


   At the request of counsel, the SENTENCING is hereby continued from February 24, 2014 to July 28, 2014 at 1:30 p.m.


cc:  P. O. &  P. S. A. L. A.

                                                              :   N/A
                                         Initials of Deputy Clerk   JAC